# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FLORINE M. WILLIAMS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:16-00155 (CRC) |
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff Florine M. Williams and Defendant Consumer Financial Protection Bureau hereby stipulate to the dismissal of this Action with prejudice.

No party shall apply to the Court for costs, expenses, or attorney's fees.

Respectfully Submitted,

| | |
|---|---|
| /s/ Raymond C. Fay | /s/ Kristin Bateman |
| Raymond C. Fay, DC Bar #188649 | Kristin Bateman |
| Fay Law Group PLLC | Consumer Financial Protection Bureau |
| 1250 Connecticut Ave, NW Ste. 200 | 1700 G Street, NW |
| Washington, DC 20036 | Washington, DC 20552 |
| Tel: 202-263-4604 | Tel: (202) 435-7821 |
| Fax: 202-261-3508 | Fax: (202) 435-7024 |
| rfay@faylawdc.com | Kristin.Bateman@cfpb.gov |
| *Counsel for Plaintiff Florine M. Williams* | *Counsel for Defendant Consumer Financial Protection Bureau* |

Dated: February 21, 2017